IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Andre Smiley, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:14cv181 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Louis Farrakahn, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on March 6, 2014 (Doc. 4), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired March 24, 2014, hereby ADOPTS said Report and Recommendation.

Accordingly, this case is **DISMISSED** with prejudice as frivolous.  The court certifies pursuant to 28 U.S.C. §1915(a) that an appeal of any Order adopting the Report and Recommendation will not be taken in good faith, therefore, **DENYING** plaintiff leave to appeal *in forma pauperis.*

IT IS SO ORDERED.

___s/Susan J. Dlott_____
Chief Judge Susan J. Dlott
United States District Court